**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**

Case No.: 9:23-cv-80623-DMM

RONALD HIMEBACK,
An Individual,

    Plaintiff,

v.

HYUNDAI CAPITAL AMERICA, INC.,
d/b/a GENESIS FINANCE,
A Foreign entity,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff RONALD HIMEBACK, ("Plaintiffs") file this Certificate of Interested Persons and Corporate Disclosure Statement under Rule 7.1 of the Federal Rules of Civil Procedure, and states:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. RONALD HIMEBACK - Plaintiff

    b. SUE YOUR DEALER – A LAW FIRM - Counsel for Plaintiff

    c. JOSHUA FEYGIN, ESQ. - Counsel for Plaintiff

    d. HYUNDAI CAPITAL AMERICA, INC.– Defendant

    e. GENESIS FINANCE – corporate subsidiary of Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a. None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a. RONALD HIMEBACK

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning

of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: April 7, 2023

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@sueyourdealer.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, Ronald Himeback*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685