UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

Case No.: 9:23-cv-80623-DMM

RONALD HIMEBACK,
An Individual,

    Plaintiff,

v.

HYUNDAI CAPITAL AMERICA, INC.,
d/b/a GENESIS FINANCE,
A foreign entity,

    Defendant.

_____/

## JOINT DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26 and S.D. Fla. L.R. 16.1 and the Court's Pretrial Scheduling Order and Order Referring Case to Mediation [D.E. 17], the parties submit their Joint Discovery Plan. The parties report as follows:

### Joint Discovery Plan Pursuant to Rule 26(f)(3)

Counsel discussed the nature of the discovery, the form in which discoverable information was kept, and the manner in which discovery would be produced.

In completing this Discovery Plan, the parties were mindful of Local Rule 16.1(a) and have proposed the schedule below in compliance the periods established in the Rule for a Track B standard case. Pursuant to Fed. R. Civ. P. 26(f)(3) and Local Rule 16.1(a), the parties determined the following:

**(a)** **Estimated Value of the Case:**

Plaintiff estimates the value of the case to be $7,866.10, exclusive of attorney's fees or costs.

Defendant disputes the Plaintiff's valuation and denies liability.

**(b)** **Initial Disclosures:**   The parties have exchanged their initial disclosures.

**(c)** **Subjects of Discovery and Scope of Discovery:**   The parties will conduct discovery in connection with the issues raised in the pleadings.  The subjects included will be the terms of the Purchase Lease Agreement and the performance of that Agreement, and the nature and extent of the Plaintiff's damages, if any.  The parties expect to conduct written discovery and depositions, if necessary.

**(d)** **Limitations on Discovery:**  The parties will attempt to determine if matters can be stipulated to in order to limit discovery on particular issues.

**(e)** **Phased Discovery**:  The parties do not believe that discovery will need to be conducted in phases.

**(f)** **Electronically Stored Information:**  If Plaintiffs and Defendant have Electronically Stored Information ("ESI") relevant to this action, the parties will produce ESI in .pdf format of a format otherwise agreed upon by the parties

**(g)** **Persons expected to be deposed:**

Plaintiff expects to take the deposition of the following:

1. Defendant's FRCP 30(b)(6) representative(s);
2. FRCP 30(b)(6) representative of NORTH PALM HYUNDAI, LLC., d/b/a NORTH PALM HYUNDAI;
3. FRCP 30(b)(6) representative of CRESTMONT HYUNDAI LLC D/B/A GENESIS OF BRUNSWICK;
4. Any fact witnesses named by the Defendant and any expert witnesses designated by the Defendant.

Defendant expects to take the deposition of:

1. The Plaintiff;
2. Any fact witness named by the Plaintiff;
3. Any fact or expert witness designated by the Plaintiff.

**(h)** **Protection of Confidential Materials:** The parties shall enter into a confidentiality agreement to prohibit confidential, trade secret, and other protected materials of the parties from dissemination into the public domain. The parties will work together on a confidentiality agreement which will be submitted to the Court for approval.

**(i)** **Changes to Discovery Rules:** The parties have agreed to the limits on depositions and written discovery set forth in the Rules, except that 10 hours shall be allowed for expert witness depositions. In the event there is a need for additional discovery beyond the limits in the Rules, the parties will seek the Court's approval. The parties will attempt to

determine if matters can be stipulated to in order to limit discovery on particular issues.

**(j)** **Mediation:** The Court has already entered an Order regarding mediation.

DATED: June 8, 2023

Respectfully submitted

By: */s/ Brandon T. White*
Brandon T. White, Esquire
Florid Bar No.: 106792
**HOLLAND & KNIGHT LLP**
701 Brickell Ave, Suite 3300
Miami, FL 33131-2847
Tel: 305-789-7470
brandon.white@hklaw.com

*Attorney for Defendant*

By: */s/ Joshua Feygin*
Joshua Feygin, Esquire
Florida Bar No.: 124685
**JOSHUA FEYGIN, PLLC**
1930 Harrison Street, Suite 208-F
Hollywood, FL 33020
Tel: 954.228.5674
josh@jfeyginesq.com

*Attorney for Plaintiff*